Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-21968 EPK  
**Case Name:** FARESE, THOMAS RALPH  

**Period Ending:** 06/30/13

**Trustee:** (290321)   Margaret J. Smith  
**Filed (f) or Converted (c):** 05/22/13 (f)  
**§341(a) Meeting Date:** 07/17/13  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 65 NE 4th Avenue, Unit 6, Delray Beach, FL<br>Joint | 652,880.00 | Unknown | | 0.00 | Unknown |
| 2 | Cash<br>Exempt | 40.00 | 0.00 | | 0.00 | FA |
| 3 | TD Bank checking account #5582<br>Exempt | 2,162.61 | Unknown | | 0.00 | Unknown |
| 4 | Household goods & furnishings<br>Exempt | 1,055.00 | Unknown | | 0.00 | Unknown |
| 5 | Books, pictures, magazine covers | 105.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel<br>Exempt | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry<br>Exempt | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Punch bag<br>Exempt | 30.00 | 0.00 | | 0.00 | FA |
| 9 | Counterclaim against third party defendant, (u)<br>   Steve Royumaya in lawsuit entitled Ghahan LLC v.<br>Palm Steak House, LLC Case No. 12-cv-80762-KLR<br><br>On amended schedules (DE 24) | Unknown | Unknown | | 0.00 | Unknown |
| 10 | Rights to film "Hollywood Man" (u)<br>On amended schedules (DE 24) | 0.00 | Unknown | | 0.00 | Unknown |
| **10** | **Assets**    **Totals**  (Excluding unknown values) | **$656,797.61** | **$0.00** | | **$0.00** | **$0.00** |

Printed: 07/26/2013 10:08 AM    V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 13-21968 EPK | Trustee: (290321) Margaret J. Smith |
| --- | --- | --- |
| Case Name: | FARESE, THOMAS RALPH | Filed (f) or Converted (c): 05/22/13 (f) |
| | | §341(a) Meeting Date: 07/17/13 |
| Period Ending: | 06/30/13 | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Claims Bar Date: TBD

Claims Review Status: N/A at this time

Tax Return Status: N/A at this time

July 18, 2013: Notice of Taking Rule 2004 Examination Duces Tecum of Suzanne Farese on 08/16/2013 at 1:30 p.m. (DE 36)

July 8, 2013: Notice of Taking Rule 2004 Examination Duces Tecum of Thomas R. Farese on July 30, 2013 at 1:30 p.m (DE 33)

July 1, 2013: Renewed Notice of Taking Rule 2004 Examination Duces Tecum of David M. Goldstein, Esq. and a representative of David M. Goldstein, P.A. on August 13, 2013 at 9:30am (DE 31)

June 26, 2013: Notice of Taking Rule 2004 Examination Duces Tecum of Barry G. Roderman, Esq. and a representative of Barry G. Roderman & Associates, P.A. on July 29, 2013 at 9:30am (DE 27)

June 18, 2013: Ex Parte Order Approving Employment of Trustee's Attorney (DE 22)

June 13, 2013: Ex Parte Application to Employ Michael R. Bakst, Esq. and the Law Firm of GreenspoonMarder as Attorney (DE 20)

**Initial Projected Date Of Final Report (TFR):** December 31, 2014     **Current Projected Date Of Final Report (TFR):** December 31, 2014