UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| In re: | § | Case No. 13-21968-EPK |
|---|---|---|
|  | § |  |
| THOMAS RALPH FARESE | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Margaret J. Smith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $652,985.00 | Assets Exempt: | $3,812.61 |
| Total Distributions to Claimants: | $71,023.28 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $218,976.72 | | |

3)  Total gross receipts of $290,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $290,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,002,747.00 | $656,797.61 | $3,917.61 | $3,917.61 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $218,976.72 | $218,976.72 | $218,976.72 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,965.74 | $7,512.15 | $7,512.15 | $7,512.15 |
| General Unsecured Claims (from **Exhibit 7**) | $1,054,419.51 | $693,089.95 | $393,990.34 | $59,593.52 |
| **Total Disbursements** | $2,064,132.25 | $1,576,376.43 | $624,396.82 | $290,000.00 |

4). This case was originally filed under chapter 7 on 05/22/2013. The case was pending for 57 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2018     By:  /s/ Margaret J. Smith
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Adversary case 13-01780 - Complaint by Margaret J Smith against Congress Plaza, LLC, Suzanne Farese, Palm Steak House, L | 1241-000 | $290,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$290,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | I.R.S. (Special Procedures) | 4300-000 | $44,147.00 | $3,917.61 | $3,917.61 | $3,917.61 |
| 5S | Bayview Loan Servicing, LLC | 4110-000 | $958,600.00 | $652,880.00 | $0.00 | $0.00 |
| | Village Grande of Delray Beach HOA | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,002,747.00** | **$656,797.61** | **$3,917.61** | **$3,917.61** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Margaret J. Smith, Trustee | 2100-000 | NA | $17,750.00 | $17,750.00 | $17,750.00 |
| Margaret J. Smith, Trustee | 2200-000 | NA | $321.65 | $321.65 | $321.65 |
| Green Bank | 2600-000 | NA | $6,935.75 | $6,935.75 | $6,935.75 |
| Rabobank, N.A. | 2600-000 | NA | $347.04 | $347.04 | $347.04 |
| Attorney for Trustee | 3210-000 | NA | $166,129.00 | $166,129.00 | $166,129.00 |
| DAVID A. RAY, P.C., Special Counsel for Trustee | 3210-600 | NA | $1,537.50 | $1,537.50 | $1,537.50 |
| Attorney for Trustee | 3220-000 | NA | $3,698.31 | $3,698.31 | $3,698.31 |
| DAVID A. RAY, P.C., Special Counsel for Trustee | 3220-610 | NA | $62.10 | $62.10 | $62.10 |
| GLASS RATNER ADVISORY & | 3310-000 | NA | $22,119.00 | $22,119.00 | $22,119.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| CAPITAL GROUP, LLC, Accountant for Trustee | | | | | |
| GLASS RATNER ADVISORY & CAPITAL GROUP, LLC, Accountant for Trustee | 3320-000 | NA | $76.37 | $76.37 | $76.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $218,976.72 | $218,976.72 | $218,976.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | I.R.S. (Special Procedures) | 5800-000 | $4,370.71 | $4,894.41 | $4,894.41 | $4,894.41 |
| 10P | State of Florida - Department of Revenue | 5800-000 | $0.00 | $2,617.74 | $2,617.74 | $2,617.74 |
| | Internal Revenue Service | 5800-000 | $572.99 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $2,022.04 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,965.74 | $7,512.15 | $7,512.15 | $7,512.15 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | $0.00 | $936.95 | $936.95 | $147.18 |
| 2U | I.R.S. (Special Procedures) | 7100-000 | $61,715.51 | $49,913.45 | $49,913.45 | $7,840.44 |
| 2F | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $11,991.21 | $11,991.21 | $0.00 |
| 3 | Advanta Bank Corporation | 7100-000 | $4,955.00 | $3,972.22 | $3,972.22 | $623.96 |
| 4 | Asset Acceptance LLC | 7100-000 | $3,638.00 | $3,762.01 | $3,762.01 | $590.94 |
| 5U | Bayview Loan Servicing, LLC | 7100-000 | $0.00 | $299,099.61 | $0.00 | $0.00 |
| 6 | American Express Bank FSB | 7100-000 | $3,096.00 | $3,096.46 | $3,096.46 | $486.39 |
| 7 | American Express | 7100-000 | $2,373.00 | $2,373.06 | $2,373.06 | $372.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bank FSB | | | | | |
| 8 | BMW Financial Services NA, LLC | 7100-000 | $40,446.00 | $8,601.54 | $8,601.54 | $1,351.14 |
| 9 | Fred L. Aaron and Darlene L. DeLano | 7100-000 | $226,000.00 | $306,725.70 | $306,725.70 | $48,180.71 |
| 10U | State of Florida - Department of Revenue | 7300-000 | $0.00 | $2,617.74 | $2,617.74 | $0.00 |
| | American Collections E | 7100-000 | $998.00 | $0.00 | $0.00 | $0.00 |
| | BCA Financial Services, Inc. | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Bethesda Hospital | 7100-000 | $45,000.00 | $0.00 | $0.00 | $0.00 |
| | Cach Llc/Square Two Financial | 7100-000 | $3,982.00 | $0.00 | $0.00 | $0.00 |
| | Cach Llc/Square Two Financial | 7100-000 | $2,900.00 | $0.00 | $0.00 | $0.00 |
| | Central Finl Control | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | Creditors Services Inc | 7100-000 | $39,200.00 | $0.00 | $0.00 | $0.00 |
| | Darlene Delano | 7100-000 | $226,000.00 | $0.00 | $0.00 | $0.00 |
| | Federal National Mortgage | 7100-000 | $369,643.00 | $0.00 | $0.00 | $0.00 |
| | Ghahan, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $4,581.00 | $0.00 | $0.00 | $0.00 |
| | National Credit Adjust | 7100-000 | $17,025.00 | $0.00 | $0.00 | $0.00 |
| | Toyota Mtr | 7100-000 | $2,652.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,054,419.51 | $693,089.95 | $393,990.34 | $59,593.52 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Date Filed (f) or Converted (c): | 05/22/2013 (f) |
| For the Period Ending: | 2/8/2018 | §341(a) Meeting Date: | 07/17/2013 |
| | | Claims Bar Date: | 11/04/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 65 NE 4th Avenue, Unit 6, Delray Beach, FL | $652,880.00 | $1.00 | OA | $0.00 | FA |
| Asset Notes: | Joint  #109 - 12/24/13 - Motion to Compromise Controversy with Thomas Farese, Suzanne Farese, Congress Plaza, LLC, 511 Delray, LLC and Palm Beach Steak House, LLC  #132 - 03/26/14 - Order Granting Motion To Approve Stipulation to Compromise Controversy (Re: # 109)  #181 - 07/22/15 - Trustee's Notice of Intent to Abandon 65 NE 4th Avenue, Unit 6, Delray Beach, Florida  [Negative Notice] | | | | | |
| 2 | Cash | $40.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt | | | | | |
| 3 | TD Bank checking account #5582 | $2,162.61 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt | | | | | |
| 4 | Household goods & furnishings | $1,055.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt | | | | | |
| 5 | Books, pictures, magazine covers | $105.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt | | | | | |
| 7 | Jewelry | $25.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt | | | | | |
| 8 | Punch bag | $30.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt | | | | | |
| 9 | Counterclaim against third party defendant, Steve Royumaya in lawsuit entitled Ghahan LLC v. Palm Steak House, LLC Case No. 12-cv-80762-KLR (u) | Unknown | $1.00 | OA | $0.00 | FA |
| Asset Notes: | On amended schedules (DE 24)  #141 - 06/02/14 - Trustee's Notice of Intent to Abandon Ghahan, LLC v. Palm Steak House, LLC, Thomas Farese, et al., case no. 12-cv-80762-KLR (USDC/SDF Palm Beach Division)  [Negative Notice] | | | | | |
| 10 | Rights to film "Hollywood Man" (u) | $0.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | On amended schedules (DE 24) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Date Filed (f) or Converted (c): | 05/22/2013 (f) |
| For the Period Ending: | 2/8/2018 | §341(a) Meeting Date: | 07/17/2013 |
| | | Claims Bar Date: | 11/04/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Adversary case 13-01780 - Complaint by Margaret J Smith against Congress Plaza, LLC, Suzanne Farese, Palm Steak House, LLC, David M. Goldstein, as the Trustee of the Nolita Trust, 511 Delray, LLC, David Goldstein, Barry Roderman. Filing Fee Paid. Nature of Suit:,(72 (Injunctive relief - other)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(11 (Recovery of money/property - 542 turnover of property)),(91 (Declaratory judgment)) (u) | Unknown | $115,000.00 | | $290,000.00 | FA |
| **Asset Notes:** | #109 - 12/24/13 - Motion to Compromise Controversy with Thomas Farese, Suzanne Farese, Congress Plaza, LLC, 511 Delray, LLC and Palm Beach Steak House | | | | | |
| | #132 - 03/26/14 - Order Granting Motion To Approve Stipulation to Compromise Controversy (Re: # 109) | | | | | |
| | #153 - 08/06/14 - Adversary Case 9:13-ap-1780 Closed. Complaint Dismissed as Settled | | | | | |
| | #258 - 07/07/16 - Notice of Compliance Filed by Trustee Margaret J. Smith (Re: [132] Order on Motion to Compromise Controversy) | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Case 09-CA-042442-MB-AB - Florida 15th Judicial Circuit (u) | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | #142 - 07/02/14 - Motion to Abandon Estate's Right, Title and Interest in Any Cause of Action or Claim to Set Aside, Vacate, or Challenge the Judgment Against the Debtor Obtained by Creditors, Aaron and Delano | | | | | |
| | #152 - 08/06/14 - Order Granting Trustee's Motion To Approve Abandonment of Estate's Right, Title and Interest in Any Cause of Action or Claim to Set Aside, Vacate, or Challenge the Judgment Against the Debtor Obtained by Creditors, Aaron and Delano (Re: # 142) | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**

| | $656,797.61 | $115,003.00 | | $290,000.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

02/23/2016    Claims Bar Date:  November 4, 2013
              Claims Review Status:  Complete
              Tax Return Status:  2014, 2015 & 2016 complete

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Date Filed (f) or Converted (c): | 05/22/2013 (f) |
| For the Period Ending: | 2/8/2018 | §341(a) Meeting Date: | 07/17/2013 |
| | | Claims Bar Date: | 11/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  12/31/2014        Current Projected Date Of Final Report (TFR):  06/19/2017

/s/ MARGARET J. SMITH
MARGARET J. SMITH

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-21968-EPK | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2899 | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/22/2013 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2014 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $114,652.96 | | $114,652.96 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $59.68 | $114,593.28 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $190.88 | $114,402.40 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $172.70 | $114,229.70 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $196.22 | $114,033.48 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $166.20 | $113,867.28 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $183.74 | $113,683.54 |
| 01/12/2015 | 5001 | GREENSPOON MARDER, P.A. | #167 - 12/18/2014 - Interim Fee Application for Compensation for Michael R. Bakst Esq., Attorney Trustee, Period: 6/18/2013 to 12/10/2014, Fee: $75,000.00, Expenses: $4,211.48 #172 - 01/09/2015 - Order Approving First Interim Application For Compensation (Re: # 167) for Michael R. Bakst, Trustee's Attorney, fees awarded: $75000.00, expenses awarded: $4211.48 | 3210-000 | | $75,000.00 | $38,683.54 |
| 01/12/2015 | 5002 | GREENSPOON MARDER, P.A. | #167 - 12/18/2014 - Interim Fee Application for Compensation for Michael R. Bakst Esq., Attorney Trustee, Period: 6/18/2013 to 12/10/2014, Fee: $75,000.00, Expenses: $4,211.48 #172 - 01/09/2015 - Order Approving First Interim Application For Compensation (Re: # 167) for Michael R. Bakst, Trustee's Attorney, fees awarded: $75000.00, expenses awarded: $4211.48 | * | | $4,211.48 | $34,472.06 |
| | | | $(3,698.31) | 3220-000 | | | $34,472.06 |
| | | | $(513.17) | 3210-000 | | | $34,472.06 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $139.88 | $34,332.18 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $50.04 | $34,282.14 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $53.53 | $34,228.61 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $53.45 | $34,175.16 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $55.14 | $34,120.02 |
| | | | | **SUBTOTALS** | $114,652.96 | $80,532.94 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2899 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/22/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $53.28 | $34,066.74 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $58.52 | $34,008.22 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $51.33 | $33,956.89 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $53.02 | $33,903.87 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $56.47 | $33,847.40 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $51.09 | $33,796.31 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $54.53 | $33,741.78 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $54.44 | $33,687.34 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $50.85 | $33,636.49 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $54.27 | $33,582.22 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $54.19 | $33,528.03 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $52.35 | $33,475.68 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $52.27 | $33,423.41 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $53.93 | $33,369.48 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $53.84 | $33,315.64 |
| 09/29/2016 | | Transfer From: #*********6802 | Transfer funds to regular checking account | 9999-000 | $172,852.67 | | $206,168.31 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $91.48 | $206,076.83 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $311.09 | $205,765.74 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $321.33 | $205,444.41 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $331.52 | $205,112.89 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $330.99 | $204,781.90 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $298.47 | $204,483.43 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $351.26 | $204,132.17 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $297.52 | $203,834.65 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $328.92 | $203,505.73 |
| 08/09/2017 | 5003 | GLASS RATNER ADVISORY & CAPITAL GROUP, LLC | Claim #: ; Amount Claimed: 76.37; Distribution Dividend: 100.00; Account Number: ; | 3320-000 | | $76.37 | $203,429.36 |
| | | | | **SUBTOTALS** | $172,852.67 | $3,543.33 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2899 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/22/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2017 | 5004 | GLASS RATNER ADVISORY & CAPITAL GROUP, LLC | Claim #: ; Amount Claimed: 22,119.00; Distribution Dividend: 100.00; Account Number: ; | 3310-000 | | $22,119.00 | $181,310.36 |
| 08/09/2017 | 5005 | GREENSPOON MARDER, P.A. | Claim #: ; Amount Claimed: 166,129.00; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $90,615.83 | $90,694.53 |
| 08/09/2017 | 5006 | DAVID A. RAY, P.C. | Claim #: ; Amount Claimed: 62.10; Distribution Dividend: 100.00; Account Number: ; | 3220-610 | | $62.10 | $90,632.43 |
| 08/09/2017 | 5007 | DAVID A. RAY, P.C. | Claim #: ; Amount Claimed: 1,537.50; Distribution Dividend: 100.00; Account Number: ; | 3210-600 | | $1,537.50 | $89,094.93 |
| 08/09/2017 | 5008 | Margaret J. Smith | Trustee Compensation | 2100-000 | | $17,750.00 | $71,344.93 |
| 08/09/2017 | 5009 | Margaret J. Smith | Trustee Expenses | 2200-000 | | $321.65 | $71,023.28 |
| 08/09/2017 | 5010 | I.R.S. (Special Procedures) | Claim #: 2; Amount Claimed: 3,917.61; Distribution Dividend: 100.00; Account Number: ; | 4300-000 | | $3,917.61 | $67,105.67 |
| 08/09/2017 | 5011 | I.R.S. (Special Procedures) | Claim #: 2; Amount Claimed: 4,894.41; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $4,894.41 | $62,211.26 |
| 08/09/2017 | 5012 | State of Florida - Department of Revenue | Claim #: 10; Amount Claimed: 2,617.74; Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $2,617.74 | $59,593.52 |
| 08/09/2017 | 5013 | Atlas Acquisitions LLC | Claim #: 1; Amount Claimed: 936.95; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $147.18 | $59,446.34 |
| 08/09/2017 | 5014 | I.R.S. (Special Procedures) | Claim #: 2; Amount Claimed: 49,913.45; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $7,840.44 | $51,605.90 |
| 08/09/2017 | 5015 | Advanta Bank Corporation | Claim #: 3; Amount Claimed: 3,972.22; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $623.96 | $50,981.94 |
| 08/09/2017 | 5016 | Asset Acceptance LLC | Claim #: 4; Amount Claimed: 3,762.01; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $590.94 | $50,391.00 |
| 08/09/2017 | 5017 | American Express Bank FSB | Claim #: 6; Amount Claimed: 3,096.46; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $486.39 | $49,904.61 |
| 08/09/2017 | 5018 | American Express Bank FSB | Claim #: 7; Amount Claimed: 2,373.06; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $372.76 | $49,531.85 |
| 08/09/2017 | 5019 | BMW Financial Services NA, LLC | Claim #: 8; Amount Claimed: 8,601.54; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $1,351.14 | $48,180.71 |
| | | | **SUBTOTALS** | | $0.00 | $155,248.65 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2899 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/22/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2017 | 5020 | Fred L. Aaron and Darlene L. DeLano | Claim #: 9; Amount Claimed: 306,725.70; Distribution Dividend: 15.71; Account Number: ; | 7100-000 | | $48,180.71 | $0.00 |
| | | | TOTALS: | | $287,505.63 | $287,505.63 | $0.00 |
| | | | Less: Bank transfers/CDs | | $287,505.63 | $0.00 | |
| | | | Subtotal | | $0.00 | $287,505.63 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $287,505.63 | |

| For the period of 5/22/2013 to 2/8/2018 | | For the entire history of the account between 07/22/2014 to 2/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $287,505.63 | Total Internal/Transfer Receipts: | $287,505.63 |
| | | | |
| Total Compensable Disbursements: | $287,505.63 | Total Compensable Disbursements: | $287,505.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $287,505.63 | Total Comp/Non Comp Disbursements: | $287,505.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-21968-EPK | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2899 | | Checking Acct #: | ******6802 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Segregated Funds |
| For Period Beginning: | 5/22/2013 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/08/2016 | (11) | Greenspoon Marder | #142 - 07/02/14 - Motion to Abandon Estate's Right, Title and Interest in Any Cause of Action or Claim to Set Aside, Vacate, or Challenge the Judgment Against the Debtor Obtained by Creditors, Aaron and Delano #152 - 08/06/14 - Order Granting Trustee's Motion To Approve Abandonment of Estate's Right, Title and Interest in Any Cause of Action or Claim to Set Aside, Vacate, or Challenge the Judgment Against the Debtor Obtained by Creditors, Aaron and Delano (Re: # 142) | 1241-000 | $175,000.00 | | $175,000.00 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $218.63 | $174,781.37 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $263.84 | $174,517.53 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $281.61 | $174,235.92 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $281.16 | $173,954.76 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $271.65 | $173,683.11 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $271.23 | $173,411.88 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $279.83 | $173,132.05 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $279.38 | $172,852.67 |
| 09/29/2016 | | Transfer To: #*********6801 | Transfer funds to regular checking account | 9999-000 | | $172,852.67 | $0.00 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $251.93 | ($251.93) |
| 10/03/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($251.93) | $0.00 |

| | | | | SUBTOTALS | $175,000.00 | $175,000.00 | |

**FORM 2**

Page No: 6                Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No. | 13-21968-EPK | Trustee Name: | Margaret J. Smith | |
| Case Name: | FARESE, THOMAS RALPH | Bank Name: | Green Bank | |
| Primary Taxpayer ID #: | **-***2899 | Checking Acct #: | ******6802 | |
| Co-Debtor Taxpayer ID #: | | Account Title: | Segregated Funds | |
| For Period Beginning: | 5/22/2013 | Blanket bond (per case limit): | $129,177,000.00 | |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   |   |   |   |   |
|---|---|---|---|---|
| | | TOTALS: | $175,000.00 | $175,000.00 | $0.00 |
| | | Less: Bank transfers/CDs | $0.00 | $172,852.67 | |
| | | Subtotal | $175,000.00 | $2,147.33 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $175,000.00 | $2,147.33 | |

**For the period of 5/22/2013 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $175,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $175,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,147.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,147.33 |
| Total Internal/Transfer Disbursements: | $172,852.67 |

**For the entire history of the account between 01/06/2016 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $175,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $175,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,147.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,147.33 |
| Total Internal/Transfer Disbursements: | $172,852.67 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2899 | Checking Acct #: | ******8166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 5/22/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/19/2014 | (11) | Ozment Merrill IOTA Trust Account | Motion to Compromise Controversy filed 12/24/13 (DE 109)Order Granting Motion To Approve Stipulation to Compromise Controversy filed 3/26/14 (DE 132) | 1241-000 | $115,000.00 | | $115,000.00 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $55.13 | $114,944.87 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $159.81 | $114,785.06 |
| 07/22/2014 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $132.10 | $114,652.96 |
| 07/22/2014 | | Green Bank | Transfer Funds | 9999-000 | | $114,652.96 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $115,000.00 | $115,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $114,652.96 | |
| Subtotal | $115,000.00 | $347.04 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $115,000.00 | $347.04 | |

| For the period of 5/22/2013 to 2/8/2018 | | For the entire history of the account between 05/19/2014 to 2/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $115,000.00 | Total Compensable Receipts: | $115,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $115,000.00 | Total Comp/Non Comp Receipts: | $115,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $347.04 | Total Compensable Disbursements: | $347.04 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $347.04 | Total Comp/Non Comp Disbursements: | $347.04 |
| Total Internal/Transfer Disbursements: | $114,652.96 | Total Internal/Transfer Disbursements: | $114,652.96 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-21968-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FARESE, THOMAS RALPH | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2899 | Checking Acct #: | ******8166 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 5/22/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $290,000.00 | $290,000.00 | $0.00 |

**For the period of 5/22/2013 to 2/8/2018**

| Total Compensable Receipts: | $290,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $290,000.00 |
| Total Internal/Transfer Receipts: | $287,505.63 |

| Total Compensable Disbursements: | $290,000.00 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $290,000.00 |
| Total Internal/Transfer Disbursements: | $287,505.63 |

**For the entire history of the case between 05/22/2013 to 2/8/2018**

| Total Compensable Receipts: | $290,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $290,000.00 |
| Total Internal/Transfer Receipts: | $287,505.63 |

| Total Compensable Disbursements: | $290,000.00 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $290,000.00 |
| Total Internal/Transfer Disbursements: | $287,505.63 |

/s/ MARGARET J. SMITH

MARGARET J. SMITH